DANIEL C. LAPIDUS (Bar No. 227170)
Email: dan@lapiduslaw.com
JIM D. BAUCH (Bar No. 199454)
Email: jim@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Attorneys for Plaintiff Pamela Day

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN BOYER, an individual,<br><br>Defendant. | CASE NO.: 2:19-cv-01669-ODW-RAO<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**<br><br>Date: July 8, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5D |

TO DEFENDANT DUSTIN BOYER:

PLEASE TAKE NOTICE THAT plaintiff Pamela Day ("Plaintiff") hereby lodges the attached [Proposed] Judgment in connection with her application for a default judgment against defendant Dustin Boyer.

DATED: June 10, 2019       LAPIDUS & LAPIDUS
                           A PROFESSIONAL LAW CORPORATION


                           _____/s/_____
                           JIM D. BAUCH
                           Attorneys for Plaintiff Pamela Day

[PROPOSED] JUDGMENT - 1

|     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| --- | --- |
| 1   | **PROOF OF SERVICE BY MAIL** |
| 2   | I, Marc Worden, declare as follows: |
| 3   | I am employed with the law firm of Lapidus & Lapidus, A Professional Law Corporation, 177 South Beverly Drive, Beverly Hills, California 90212. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action. |

On June 10, 2019, I served a copy of the following documents:

1. Notice of Lodging of [proposed] Judgment
2. [proposed] Judgment

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

**Dustin Boyer**
3115 S. Canfield Ave., Apt. 6
Los Angeles, CA 90034

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Beverly Hills, California, on June 10, 2019.

_____
Marc Worden

PROOF OF SERVICE