**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| PAMELA DAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN BOYER,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01669-ODW (RAOx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered for Plaintiff on Plaintiff's first cause of action for sale of unregistered securities in violation of federal law, second cause of action for sale of unregistered securities in violation of California law, fifth cause of action for making false or misleading statements in connection with the sale of securities in violation of 15 U.S.C. section 78j and 17 C.F.R. section 240.10B-5, sixth cause of action for making false or misleading statements in connection with the sale of securities in violation of California law, seventh cause of action for fraud, eighth cause of action for breach of fiduciary duty, ninth cause of action for conversion, tenth cause of action for breach of contract, and twelfth cause of action for money had and received.
2. Plaintiff shall recover damages in the sum of $97,165 from Defendant;
3. Plaintiff shall recover attorneys' fees in the sum of $5486.60 from Defendant; and
4. Plaintiff shall recover costs in the sum of $381.73 from Defendant.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 21, 2020

_____
             **OTIS D. WRIGHT, II**
        **UNITED STATES DISTRICT JUDGE**